**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

MARK SHELBY SIMES/GORDON,　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
ADC # 092909

v.　　　　　　　　　　No. 5:15CV00151-JLH-JJV

WENDY L. KELLY, Deputy Director,
ADC Health and Correctional Programs; *et al.*　　　　　　　　　　　　　DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that Defendant Aimee Thornton is DISMISSED without prejudice.

SO ORDERED this 22nd day of September, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　J. LEON HOLMES
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE